UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Cody W. Ensslin | : | Case No.: 21-10732-amc |
| | : | |
| Debtor (s) | : | Chapter 13 |

# **O R D E R**

**AND NOW,** this _____ day of _____, 2021, upon consideration of the Motion to Incur Debt to Refinance Property filed by Debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to incur new debt to refinance his real property.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

**Date: July 13, 2021**

Date: _____          _____
                                                        Ashely M. Chan
                                                        U.S. Bankruptcy Judge